JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL MORENO, | ) | Case No. SACV-09-1064-CJC (RNBx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER DISMISSING |
| vs. | ) | ENTIRE ACTION WITH PREJUDICE |
| | ) | |
| WEST ASSET MANAGEMENT, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

Based on the stipulation of Plaintiff SAMUEL MORENO and Defendant WEST ASSET MANAGEMENT, INC., filed herein pursuant to Fed. R. Civ. P. 41(a)(1),

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.

**DATED: January 25, 2010**

_____
Honorable Cormac J. Carney
United States District Judge